IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LO VOC, et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA, et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§　Civil Action No. 3:12-CV-1342-M<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, *Defendants' Motion to Dismiss for Failure to State a Claim*, filed May 15, 2012 (doc. 5) is **GRANTED,** and Defendants' alternative motion for a more definite statement is **DENIED as moot**. By separate judgment, Plaintiffs' claims against Defendants will be dismissed with prejudice for failure to state a claim upon which relief can be granted.

**SIGNED** this 7th day of January, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS